No. 903, October Term, 1941. PEYTON *v.* RAILWAY EXPRESS AGENCY, INC. ET AL. May 3, 1943. Fifth petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 318 U. S. 802.

No. 517. AJELLO *v.* PAN AMERICAN AIRWAYS CORP. ET AL. May 3, 1943. Second petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 318 U. S. 802.

No. 566. LAFUENTE *v.* COUNTY OF LOS ANGELES. May 3, 1943. The motion for leave to file a fourth petition for rehearing is granted, and the fourth petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 318 U. S. 802.